```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,   )    CASE NO. S 05-62 WBS
                               )
11            Plaintiff,       )
                               )
12    v.                       )    STIPULATION AND ORDER TO
                               )    EXCLUDE TIME
13 DENNIS BYERS,               )
                               )
14            Defendant.       )
   _____)
15
```

16     The parties stipulate that the time beginning May 25, 2005
17 and extending through June 15, 2005 should be excluded from the
18 calculation of time under the Speedy Trial Act.  The parties
19 stipulate that the ends of justice are served by the Court
20 excluding such time, so that counsel for the defendant may have
21 reasonable time necessary for effective preparation, taking into
22 account the exercise of due diligence.  18 U.S.C. §
23 3161(h)(8)(B)(iv).  Specifically, counsel received a proposed
24 plea agreement today, and needs time to evaluate it and discuss
25 it with the defendant.  The parties stipulate and agree that the
26 //
27 //
28 //

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: May 25, 2005                By:    /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney

DATE: May 25, 2005                       /s/ Eric Conner
                                        ERIC W. CONNER
                                        Attorney for Dennis Byers

DATE: May 25, 2005                       /s/ Dennis Byers
                                        DENNIS BYERS
                                        Defendant

                                        **SO ORDERED.**

DATE: May 25, 2005

                                */s/ William B. Shubb*
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE