MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S 05-62 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| DENNIS BYERS, ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from June 15, 2005 to July 6, 2005, and stipulate that the time beginning June 15, 2005 and extending through July 6, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel needs time to evaluate the proposed plea agreement the defendant's criminal history and discuss them with the defendant. Further, counsel for the defendant has a jury trial scheduled for currently-set

1

time for status conference.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                           Respectfully Submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

DATE: June 13, 2005          By:   /s/ Matt Segal
                                         MATTHEW D. SEGAL
                                         Assistant U.S. Attorney

DATE: June 13, 2005                 /s/ Eric Conner
                                         ERIC W. CONNER
                                         Attorney for Dennis Byers

                                         **SO ORDERED.**

DATE: June 13, 2005

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE