MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 05-62 WBS |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS |
| v. ) | |
| ) | |
| DENNIS BYERS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Pursuant to Paragraph III.A. of the Plea Agreement in this case, the United States moves to dismiss with prejudice Count 2 of the March 3, 2005 Superseding Indictment.

                              Respectfully Submitted,

                              McGREGOR W. SCOTT
                              United States Attorney


DATE: November 23, 2005      By:    /s/ Matt Segal
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney


                              **SO ORDERED.**

DATE:  November 23, 2005


                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE