UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL **1 9** 2006



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )
                                   )
DENNIS BYERS,                      )
                                   )
                    Defendant.     )
                                   )

2:05-CR-62 WBS

ORDER FOR RETURN OF
CASH BAIL AND DEEDS OF
TRUST

The above-named defendant having surrendered to the custody
of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the $10,000 cash bail posted by
Vernon and Phyllis Willingham be returned to them.

IT IS FURTHER ORDERED that the Deeds of Trust to the
properties located at 1315 Valencia Avenue, Stockton, California
and 2202 N. Myran Street, Stockton, California, be returned to
the sureties.

DATED: **7/17/2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE